UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>THE PERMUTIT COMPANY, *et al.*,<br>    Defendants. | 1:21-mc-15<br><br>(Original Civil Action No. 32-394) |

**[PROPOSED] ORDER TERMINATING FINAL JUDGMENT**

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: January 14, 2021

Edgardo Ramos
United States District Court Judge
Southern District of New York